UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J TRUMP ET AL.,<br><br>Defendants. | CASE NO. 2:25-cv-00992-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff Alonzo Jamichael Severson's motion for leave to proceed in forma pauperis (IFP), Dkt. # 1, and sua sponte. The Court GRANTS Severson's motion for leave to proceed IFP.

A complaint filed by a plaintiff proceeding IFP is subject to a mandatory sua sponte review and the court "shall dismiss the case at any time if the court determines that . . . the action or appeal—(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B); *see Calhoun v. Stahl*, 254 F.3d 845 (9th Cir. 2001) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners.").

ORDER - 1

Severson's complaint is essentially a copy of his complaint in a prior case that was dismissed with prejudice. *Compare Severson v. Trump Organization*, 2:24-cv-01748-JLR, at Dkt # 5 (W.D. Wash. Oct. 29, 2024), *with* Dkt. # 1-1. The only difference is that he has changed the relief sought from five billion dollars to $35,100,000,000.[1] "[A]n IFP complaint 'that merely repeats pending or previously litigated claims' is subject to dismissal as frivolous." *Baize v. Austin*, 2016 WL 4127803, at *2 (S.D. Cal. Aug. 3, 2016) (citing *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)).

Thus, the Court DISMISSES Severson's complaint with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

Dated this 30th day of May, 2025.

John H. Chun
United States District Judge

---

[1] He also adds a new Defendant, "New Trump Organization," but the address for this entity is the same as the address for "The Trump Organization." Dkt. # 1-1 at 3.

ORDER - 2